# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCELORMITTAL and ARCELORMITTAL ATLANTIQUE ET LORRAINE,<br><br>    Plaintiffs,<br><br>  v.<br><br>AK STEEL CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 13-cv-685-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiffs ArcelorMittal and ArcelorMittal Atlantique et Lorraine in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's Memorandum Order (D.I. 85) and Judgment (D.I. 86), both entered in this action on January 19, 2017, and all prior orders, judgments, and rulings entered in this action.

Dated: February 14, 2017

Respectfully submitted,

 /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (No. 998)
RATNERPRESTIA

OF COUNSEL:

1007 Orange Street, Suite 205
P.O. Box 1596
Hugh A. Abrams (admitted *pro hac vice*)
Wilmington, DE 19899
SHOOK, HARDY & BACON L.L.P.
Telephone: (302) 778-2500
111 S. Wacker Drive, Suite 5100
Facsimile: (302) 778-2600
Chicago, IL 60606
jbove@ratnerprestia.com
(312) 704-7700
habrams@shb.com

*Attorneys for ArcelorMittal and ArcelorMittal Atlantique et Lorraine*